UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JEREMY WELLS,<br><br>    Defendant. | Case: 4:25-cr-20606<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 08-13-2025<br><br>Violations:<br>18 U.S.C. § 922(g) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about June 17, 2025, in the Eastern District of Michigan, Jeremy Wells, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Freedom Ordnance MFG, Model FX-9, 9mm caliber, semi-automatic pistol; a Aero Precision, Model X15, .223 caliber semi-automatic pistol; a Keltec, Model Sub-2000, 9mm caliber rifle; a Ruger, Model 10/22, .22 caliber rifle; a Bushmaster Firearms, Model BACR, .556 caliber rifle; a FN, Model Five Seven, 5.7 caliber semi-automatic pistol; a Taurus, Model 605, .357 caliber revolver; a Remington Arms, Model 700, .30-06 caliber rifle; a New England

Firearms, Model Pardner, 12-gauge shotgun; a Browning, Model BAR, .30-06 caliber rifle; a Izhmash, Model Saiga, .545 caliber rifle; and a Marlin Firearms, Model 336, .30-30 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One of this Indictment, Jeremy Wells shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a Freedom Ordnance MFG, Model FX-9, 9mm caliber, semi-automatic pistol, bearing serial number 038644; a Aero Precision, Model X15, .223 caliber semi-automatic pistol, bearing serial number X030394; a Keltec, Model Sub-2000, 9mm caliber rifle, bearing serial number FF9Y67; a Ruger, Model 10/22, .22 caliber rifle, bearing serial number 0013-17805; a Bushmaster Firearms, Model BACR, .556 caliber rifle, bearing serial number BL04820; a FN, Model Five Seven, 5.7 caliber semi-automatic pistol, bearing serial number 386293681; a Taurus, Model 605, .357 caliber revolver, bearing serial number ACH120700; a Remington Arms, Model 700, .30-06 caliber rifle, bearing serial number 71302660; a New

England Firearms, Model Pardner, 12-gauge shotgun, bearing serial number NV503503; a Browning, Model BAR, .30-06 caliber rifle, bearing serial number 92605M71; a Izhmash, Model Saiga, .545 caliber rifle, bearing serial number 409885458; a Marlin Firearms, Model 336, .30-30 caliber rifle, bearing serial number AD9581; fifteen (15) assorted magazines; 18,588 rounds of assorted caliber ammunition; and eleven (11) ammunition boxes.

Dated: August 13, 2025

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   x No

Case: 4:25-cr-20606
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 08-13-2025

**Case Title:** USA v.  Jeremy Wells

**County where offense occurred:**  Lapeer

**Check One:**  X Felony   __ Misdemeanor   __ Petty

    __X__Indictment/____Information --- **no** prior complaint.
    _____Indictment/____Information --- based upon prior complaint []
    _____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  August 13, 2025

*s/William Orr*
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.